## BELCHER *et al.* v. HALL.

No. 5413.   Opinion Filed September 21, 1915.

(151 Pac. 1044.)

APPEAL AND ERROR—Failure to File Brief—Dismissal. Dismissed under rule 7 (38 Okla. vi. 137 Pac. ix) on account of plaintiff in error failing to file and serve brief, or to show any excuse for such default.

(Syllabus by Galbraith, C.)

*Error from District Court, Kiowa County;*
*Frank Mathews, Judge.*

Action by Arthur W. Hall against John H. Belcher and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*Zink & Cline,* for plaintiffs in error.

*L. M. Keys,* for defendant in error.

Opinion by GALBRAITH,. C.   Petition in error and case-made in this cause were filed with the clerk of this court on August 1, 1913, and the cause regularly submitted September 13, 1915.   No briefs have been filed by the plaintiffs in error, and no excuse has been offered for such default.

The appeal should therefore be dismissed, under rule 7 (38 Okla. vi, 137 Pac. ix).

By the Court:   It is so ordered.